

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00542-CV

Vinod S. **IDNANI,**
Appellant

v.

Mansha V**. IDNANI,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2016-CVG-001721-C3
Honorable Ron Carr, Judge Presiding

# O R D E R

Roxann G. Soto-Serna's notification of late reporter's record is hereby GRANTED. Time is extended to November 15, 2019.

It is so **ORDERED** on this 1st day of November, 2019.

PER CURIAM

ATTESTED TO: _____
LUZ ESTRADA,
Chief Deputy Clerk